UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SACV 19-02056-JLS (JDEx) | Date | December 18, 2020 |
|---|---|---|---|
| Title | Ahmad Hajj, MD v. Hiscox Dedicated Corporate Member Ltd., et al. | | |

Present: The Honorable   John D. Early, United States Magistrate Judge

| Maria Barr | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
| n/a | n/a |

**Proceedings:**     (Chambers) Order to Show Cause re Motion to Compel [Dkt. 23]

On January 23, 2020, the Honorable Josephine L. Staton, United States District Judge, issued the Scheduling Order in the above-entitled action. Dkt. 16. The Scheduling Order set a fact discovery cut-off date of December 4, 2020. Id. at 1. Also on January 23, 2020, Judge Staton issued a Civil Trial Order that, among other things, directed that "[a]ny motion regarding the inadequacy of responses to discovery must be filed and served not later than ten (10) days after the discovery cut-off date." Dkt. 17 at 2 ("Trial Order"). The Trial Order's language is specific to discovery motions, whereas the Scheduling Order sets cutoff dates for motions in general, with some exclusions, and other specific motions.

On November 25, 2020, the parties submitted a Stipulation to Continue Pre-trial dates, including a request to continue the discovery cut-off date. Dkt. 21 ("Stipulation"). On December 7, 2020, Judge Staton issued an order granting in part and denying in part the Stipulation. Dkt. 22. Of note, Judge Staton found the Stipulation did not constitute good cause to modify the fact discovery cut-off date and left the fact discovery cut-off as December 4, 2020. Dkt. 22 ("Modified Scheduling Order").

On December 18, 2020, Defendant filed a Motion to Compel Plaintiff to provide further discovery responses. Dkt. 23 ("Motion"). As the Motion was filed more than 10 days after the December 4, 2020 discovery cut-off date, it appears to have been filed in violation of the Modified Scheduling Order read in conjunction with the Trial Order. As a result, Defendant is hereby Ordered to Show Cause, in writing, by December 21, 2020, why the Motion should not be denied as untimely.

IT IS SO ORDERED.