UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AHMAD HAJJ, an individual,<br><br>         Plaintiff,<br><br>    v.<br><br>UNDERWRITERS AT LLOYD'S, LONDON; HISCOX INSURANCE COMPANY, INC.; HISCOX, INC.; HISCOX, INC. doing business as HISCOX INSURANCE AGENCY; GREENHILL INSURANCE SERVICES, LLC; and DOES 1 through 100, inclusive,<br><br>         Defendants. | Case No. 8:19-cv-02056-JLS-JDE<br><br>**JUDGMENT** |

Having granted Defendant Hiscox Dedicated Corporate Member Ltd.'s ("Hiscox") Motion for Summary Judgment, the Court HEREBY ORDERS as follows:

1. Judgment is entered in favor of Defendant Hiscox and against Plaintiff Hajj with respect to Plaintiff Hajj's complaint and every claim for relief and request for damages alleged therein.

2. Plaintiff Hajj is awarded no damages and Plaintiff Hajj's complaint is dismissed on the merits and with prejudice.

3. Defendant may apply to the Clerk of Court for its costs incurred in this action pursuant to Rule 54 of the Federal Rules of Civil Procedure and Local Rules 54-2 and 54-3.

DATED: March 18, 2021

_____
Hon. Josephine L. Staton
United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28